**Order entered May 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00248-CV

**CONNIE MARIE MACINNES, Appellant**

**V.**

**DEBORAH BUTTS, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC1203784I**

## ORDER

Before the Court is appellees' May 1, 2014 "Objections to Order Dated 4/17/14." We treat appellees' document as a motion to reconsider this Court's April 17, 2014 order allowing appellant to proceed with this appeal without advance payment of costs. We **DENY** the motion.

In this Court's April 17, 2014 order, we ordered Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court of Dallas County, Texas, to file by May 1, 2014 either the reporter's record or written verification that no hearings were recorded or that appellant has not requested the record. As of today's date, the Court has not received the reporter's record or other written verification from Sheretta Martin.

Accordingly, on the Court's own motion, we *again* **ORDER** Sheretta Martin to file **on or before MAY 14, 2014**, either: (1) the reporter's record; (2) written verification that no hearings

were recorded; or (3) written verification that appellant has not requested the reporter's record. *We notify appellant that if we receive verification of no request, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Sheretta Martin and by first-class mail to all parties.

/s/    ADA BROWN
JUSTICE